AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Trustees of Sheet Metal Workers Local Union No. 20 Welfare and Benefit Fund, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> SAFE-T-INNOVATIONS, LLC <br> d/b/a STI Heating & Air Conditioning <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:26-cv-00109-RLY-MJD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAFE-T-INNOVATIONS, LLC
d/b/a STI Heating & Air Conditioning
c/o Registered Agents Inc.
5534 Saint Joe Road
Fort Wayne, IN, 46835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sawyer C. Lehman
Ledbetter Partners LLC
5078 Wooster Rd., Suite 400
Cincinnati, OH 45226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Kristine L. Seufert

Date:  1/21/2026

BY: _____
*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-109

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* STI Heating & Air Cond. c/o Reg. Agents Inc.
was received by me on *(date)* 01/21/2026 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served via UPS on January 23, 2026. (#1Z3V92F24296324025)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/23/2026

/s/ Erik A. Gainer
*Server's signature*

Erik A. Gainer, Paralegal
*Printed name and title*

Ledbetter Partners LLC
5078 Wooster Road, Suite 400
Cincinnati. OH 45226
*Server's address*

Additional information regarding attempted service, etc:

2692 MADISON RD



**Your shipment**
1Z3V92F24296324025

Delivered On
Friday, January 23 at 9:29 A.M. - Inside Delivery

**Delivered To**
FORT WAYNE, IN US

**Received By:**
MCCOY

Proof of Delivery

**Label Created**
United States
01/21/2026, 1:53 P.M.

**We Have Your Package**
Cincinnati, OH, United States
01/21/2026, 5:50 P.M.

**On the Way**
Fort Wayne, IN, United States
01/23/2026, 7:34 A.M.

**Out for Delivery**
Fort Wayne, IN, United States
01/23/2026, 9:09 A.M.

**Delivered**
FORT WAYNE, IN, US
01/23/2026, 9:29 A.M.

View All Shipping Details

| | |
|---|---|
| **From:** | UPS |
| **To:** | Erik Gainer |
| **Subject:** | UPS Delivery Notification, Tracking Number 1Z3V92F24296324025 |
| **Date:** | Friday, January 23, 2026 9:40:36 AM |



### Hello, your package has been delivered.

**Delivery Date:** Friday, 01/23/2026
**Delivery Time:** 9:29 AM
**Left At:** INSIDE DELIV
**Signed by:** MCCOY

### LEDBETTER PARISI LLC

| | |
|---|---|
| **Tracking Number:** | 1Z3V92F24296324025 |
| **Ship To:** | SAFE-T-INNOVATIONS, LLC<br>5534 SAINT JOE ROAD<br>FORT WAYNE, IN 46835<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Ground |
| **Package Weight:** | 3.0 LBS |

**Discover more about UPS:**

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

© 2026 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**[Review the UPS Privacy Notice](#)**

**[For Questions, Visit Our Help and Support Center](#)**

