IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
AT INDIANAPOLIS

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SAFE-T-INNOVATIONS, LLC<br>d/b/a STI Heating & Air Conditioning,<br><br>Defendant. | CASE NO. 1:26-cv-109 |

**MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiffs, the Trustees of Sheet Metal Workers Local Union No. 20 Welfare and Benefit Fund, Trustees of the Defined Contribution Fund, and Local Union respectfully request that the Clerk enter the default of Defendant STI Heating & Air Conditioning pursuant to Fed. R. Civ. P. 55(a) for failure to plead, answer, or otherwise move or defend against Plaintiffs Complaint. The basis for such request is explained in the accompanying declaration.

Respectfully submitted,

**LEDBETTER PARTNERS LLC**

s/ Thomas R. Kendall
Thomas R. Kendall (26859-15)
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
937-619-0900
937-619-0999 (fax)
tkendall@fringebenefitlaw.com
*Attorneys for Plaintiffs, Trustees of the Welfare Fund, Trustees of the Defined Contribution Fund, and Local Union*

1

ASHER, GITTLER & D'ALBA, LTD.

<u>/s Alexander Isaac Rosenthal</u>
Alexander I. Rosenthal (IN #31790-46)
200 West Jackson Blvd., Ste. 720
Chicago, Illinois 60647
(312) 601-9243 (ph)
(312) 263-1520 (fax)
ar@ulaw.com
*Attorney for Plaintiff the Sheet Metal*
*Workers Local 20 Gary Area Pension Fund*