IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
AT INDIANAPOLIS

TRUSTEES OF THE SHEET METAL
WORKERS LOCAL UNION NO. 20
WELFARE AND BENEFIT FUND, et al.

     Plaintiffs,

*v.*

SAFE-T-INNOVATIONS, LLC
d/b/a STI Heating & Air Conditioning,

    Defendant.

CASE NO. 1:26-cv-109

**DECLARATION OF THOMAS KENDALL IN SUPPORT OF
MOTION FOR CLERK'S ENTRY OF DEFAULT**

1.    I have personal knowledge of the facts stated herein and testify to such under penalty of perjury.

2.    I am an attorney in this action for Plaintiffs, the Trustees of Sheet Metal Workers Local Union No. 20 Welfare and Benefit Fund, Trustees of the Defined Contribution Fund, and Local Union.

3.    Plaintiffs Complaint was filed against Defendant STI Heating & Air Conditioning on January 21, 2026. (Doc. No. 1.) The Court issued an Original Summons on January 21, 2026. (Doc. No. 4.)

4.    On January 23, 2026, service of the Summons and Plaintiffs Complaint was executed on Defendant by UPS. (Doc. No. 8.)

5.    In accordance with Fed. Civ. R. P. 12(a)(1)(A)(i), the time in which Defendant may plead, answer or otherwise move or defend as to Plaintiffs' Complaint has expired. The records of this Court show that Defendant has not moved, answered, or defended Plaintiffs' Complaint and

1

that the time to do so has not been extended by the Court.

6.      This declaration is executed in accordance with Fed. Civ. R. P. 55(a), for the purpose of enabling Plaintiffs to obtain an Entry of Default against Defendant for failure to answer or defend Plaintiffs Complaint.

7.      Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.


2/18/26                                                    /s/ Thomas R. Kendall
Date                                                       Thomas R. Kendall


Date: February 18, 2026