UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 DEFINED CONTRIBUTION PENSION FUND, TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION FUND, LOCAL UNION NO. 20 OF THE INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, <br><br>        Plaintiffs, <br><br>     v. <br><br> SAFE-T-INNOVATIONS, LLC D/B/A STI HEATING & AIR CONDITIONING, <br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 1:26-cv-00109-RLY-MJD |

## CLERK'S ENTRY OF DEFAULT

Defendant SAFE-T-INNOVATIONS, LLC D/B/A STI HEATING & AIR CONDITIONING, having failed to plead or otherwise defend as provided in the Federal Rules of Civil Procedure, and such appearing by the Return of Service that the defendant was properly served on January 23, 2026 and the time within which the defendant was given to answer or otherwise respond to the complaint has now expired, default is hereby entered against defendant SAFE-T-INNOVATIONS, LLC D/B/A STI HEATING & AIR

CONDITIONING, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Date: February 19, 2026



CLERK OF COURT, Kristine L. Seufert

BY: _____
       Deputy Clerk

Distributed Electronically to Registered Counsel of Record

By U.S. Mail:
SAFE-T-INNOVATIONS, LLC
d/b/a STI Heating & Air Conditioning
c/o Registered Agents Inc.
5534 Saint Joe Road
Fort Wayney, IN  46835