AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| Tustees of the Sheet Metal Workers Local Union No. 20 Welfare and Benefit Fund et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:26-cv-109 |
| Safe-T-Innovations, LLC d/b/a STI Heating & Air Conditioning ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Safe-T-Innovations, LLC d/b/a STI Heating & Air Conditioning                                             .

Date:     02/26/2026

/s/ Todd A. Miller
*Attorney's signature*

Todd A. Miller, 6216561
*Printed name and bar number*
Allocco, Miller & Cahill P.C.
20 N. Wacker Drive
Suite 3517
Chicago, IL 60606

*Address*

tam@alloccomiller.com
*E-mail address*

(312) 675-4325
*Telephone number*

(312) 675-4326
*FAX number*