**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SAFE-T-INNOVATIONS, LLC D/B/A STI HEATING & AIR CONDITIONING,**<br><br>**Defendant.** | **Case No. 1:26-cv-00109-RLY-MJD** |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Sawyer Lehman of the firm Ledbetter Partners LLC, counsel for Plaintiffs, Trustees of the Sheet Metal Workers Local Union No. 20 Welfare and Benefit Fund, et al. ("the Funds") seeks entry of an order withdrawing his appearance as one of the counsel for Plaintiffs, and in support of said Motion state as follows:

1. On January 21, 2026, Sawyer Lehman appeared on behalf of the Plaintiffs.

2. On September 11, 2026, Mr. Lehman will no longer work for Ledbetter Partners, LLC.

3. Withdrawal can be accomplished without material adverse effects on the Fund, as Fund is still represented by Thomas Kendall of Ledbetter Partners, LLC as counsel.

**WHEREFORE**, undersigned counsel, Sawyer Lehman, respectfully requests that the

Court enter as order withdrawing his appearance as counsel of record for Plaintiffs.

Respectfully submitted,

s/ Sawyer Lehman
Sawyer Lehman (IN#35287-49)
LEDBETTER PARTNERS LLC
429 N Pennsylvania St., Suite 409
Indianapolis, IN 46204
937-619-0900
937-619-0999 (fax)
slehman@fringebenefitlaw.com
*Counsel for Plaintiffs*