**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **TRUSTEES OF SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SAFE-T-INNOVATIONS, LLC D/B/A STI HEATING & AIR CONDITIONING,**<br><br>**Defendant.** | **Case No. 1:26-cv-00109-RLY-MJD** |

**ORDER GRANTING MOTION OF SAWYER LEHMAN TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

The matter is before the Court on the Motion to Withdraw as Counsel for Plaintiffs ("The Motion"), filed by Sawyer Lehman withdrawing his appearance as counsel for Plaintiffs, Trustees of the Sheet Metal Workers Local Union No. 20 Welfare and Benefit Fund, et al. (the "Plaintiffs") effective as of the date of entry of this Order. The Court, having considered the Motion and being duly advised, finds that the Motion is for good cause and should be granted, and it is therefore ORDERED that the appearance of Sawyer Lehman as counsel for the Plaintiffs in this matter is withdrawn effective as of the date of entry of this Order.

SO ORDERED this _______ day of ________________________, 2026.

ENTERED:

By:

__________________________________
UNITED STATES DISTRICT JUDGE

Dated:

__________________________________

Prepared by Counsel for Plaintiffs:

Sawyer Lehman (IN #35287-49)
Ledbetter Partners LLC
429 N Pennsylvania St., Suite 409
Indianapolis, IN 46204
937.619.0900 (ph)
937.619.0999 (fx)