UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 DEFINED CONTRIBUTION PENSION FUND, TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION FUND, LOCAL UNION NO. 20 OF THE INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS,<br><br>Plaintiffs,<br><br>v.<br><br>SAFE-T-INNOVATIONS, LLC D/B/A STI HEATING & AIR CONDITIONING,<br><br>Defendant. | ) | No. 1:26-cv-00109-RLY-MJD |

**ORDER**

This matter is before the Court on Motion to Withdraw as Counsel for Plaintiffs. [Dkt. 13.] The Court, being duly advised, hereby **GRANTS** the motion. The appearance of Sawyer Lehman on behalf of Plaintiffs is **WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated: 9 SEP 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.