UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 DEFINED CONTRIBUTION PENSION FUND, TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION FUND, LOCAL UNION NO. 20 OF THE INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:26-cv-00109-RLY-MJD |
| SAFE-T-INNOVATIONS, LLC D/B/A STI HEATING & AIR CONDITIONING, | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**
**TELEPHONIC STATUS CONFERENCE**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is set for a telephonic status conference on **Wednesday, September 23, 2026 at 2:00 p.m. (Eastern)**. The purpose of the conference shall be to discuss case status. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated: 16 SEP 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.