UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 DEFINED CONTRIBUTION PENSION FUND, TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION FUND, LOCAL UNION NO. 20 OF THE INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:26-cv-00109-RLY-MJD |
| SAFE-T-INNOVATIONS, LLC D/B/A STI HEATING & AIR CONDITIONING, | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR SEPTEMBER 23, 2026**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Plaintiffs appeared by counsel for a telephonic Status Conference. Counsel for Defendant failed to appear. Plaintiffs committed to filing a motion for default judgment by no later than October 9, 2026.

Dated: 23 SEP 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.