IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
AT INDIANAPOLIS

TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, et al.

Plaintiffs,

*v.*

SAFE-T-INNOVATIONS, LLC
d/b/a STI Heating & Air Conditioning,

Defendant.

CASE NO. 1:26-cv-00109-RLY-MJD

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Plaintiffs, the Trustees of the Sheet Metal Workers Local No. 20 Welfare and Benefit Fund, Trustees of the Sheet Metal Workers Local Union No. 20 Defined Contribution Pension Fund, Trustees of the Sheet Metal Workers Local No. 20 Gary Area Pension Fund, and Local Union No. 20 of the International Association of Sheet Metal, Air, Rail and Transportation Workers move the Court for default judgment against Defendant, Safe-T-Innovations, LLC, pursuant to Fed. R. Civ. P. 55, as a result of Defendant's failure to file a responsive pleading. Plaintiffs' Motion is supported by a Memorandum in Support, the Declaration of Josh Todd, and the Declarations of the undersigned counsel. Plaintiffs have also submitted a proposed judgment entry.

WHEREFORE, Plaintiffs respectfully request that the Court enter default judgment against Defendants and award Plaintiffs $183,749.46 representing unpaid contributions and deductions, liquidated damages, interest, and attorney's fees and costs, and any such further relief the Court deems just under the circumstances.

Respectfully submitted,

**LEDBETTER PARTNERS LLC**

s/ Thomas R. Kendall
Thomas R. Kendall (IN #26859-15)
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
937-619-0900
937-619-0999 (fax)
tkendall@fringebenefitlaw.com
*Attorney for Plaintiffs, Trustees of the Welfare Fund, Trustees of the Defined Contribution Fund, and Local Union*

**ASHER, GITTLER & D'ALBA, LTD.**

/s Alexander Isaac Rosenthal
Alexander I. Rosenthal (IN #31790-46)
200 West Jackson Blvd., Ste. 720
Chicago, Illinois 60647
(312) 601-9243 (ph)
(312) 263-1520 (fax)
ar@ulaw.com
*Attorney for Plaintiff the Sheet Metal Workers Local 20 Gary Area Pension Fund*