IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
AT INDIANAPOLIS

TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, et al.

Plaintiffs,

*v.*

SAFE-T-INNOVATIONS, LLC d/b/a STI Heating & Air Conditioning,

Defendant.

CASE NO. 1:26-cv-00109-RLY-MJD

**DECLARATION OF JOSH TODD**

1. I am the Executive Director for the Sheet Metal Workers Local Union No. 20 Welfare and Benefit Fund (the "Welfare Fund") and the Sheet Metal Workers Local Union No. 20 Defined Contribution Pension Fund. I have personal knowledge of the facts stated herein and testify to such under penalty of perjury.

2. The Welfare Fund serves as the collection agent for affiliated employee benefit funds and labor organizations, including all of the Plaintiffs in this case.

3. Copies of the wage and benefit rate sheets in effect during relevant time periods are attached hereto as Exhibit 1. These rate sheets are incorporated into the CBA by reference in Addendum VIII (Doc. #1-1, p 35).

4. STI submitted reports of work performed by its covered employees for the months of November 2024 through August 2026. I have compiled the worksheet attached hereto as Exhibit

2 from records maintained in the ordinary course of the Funds' business, including copies of STI's aforementioned work reports.

5. STI has not paid all of the accompanying contributions and deductions which are required for the work disclosed by the aforementioned work reports. After crediting all payments received, STI owes $136,614.12 in unpaid contributions and deductions for work performed during the aforementioned months, as detailed in the worksheet attached hereto as Exhibit 2.

6. The worksheet attached hereto as Exhibit 2 additionally details the liquidated damages and interest assessed to STI in accordance with the Plaintiffs' respective collection policies. Liquidated damages total $19,949.72 and interest totals $19,758.12.

7. In summary, STI owes Plaintiffs the following sums:

| | |
|---|---|
| Reported Delinquent Contributions and Deductions, net of payments received. (Nov. 2024 – August 2026) | $136,614.12 |
| Liquidated Damages | $19,949.72 |
| Interest (through 10/01/2026) | $19,758.12 |

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

10/8/2026
Date

Josh Todd

International Association of Sheet Metal, Air, Rail and Transportation Workers

2828 East 45th Street
Indianapolis, Indiana 46205

P. O. Box 20530
Indianapolis, Indiana 46220-0530

SHEET METAL | AIR | RAIL | TRANSPORTATION
SMART®
LOCAL UNION NO. 20

Phone: 317-549-6013
Fax: 317-549-6018
www.smw20.com

TO: Local 20, Gary Area Members and Contractors

FROM: Kreg Homoky & Jesse Rippe, Business Representatives

DATE: June 1, 2024

RE: Journeyman Wage and Fringe Benefits Package Effective 7/1/2024

**SMART LOCAL NO. 20 GARY AREA**
**WAGE & FRINGE BENEFIT PACKAGE**
**7/1/2024 Through 6/30/2025**

| | | | |
|---|---|---|---|
| **Base Wage** | | **$50.00** | |
| **Foreman** | | **$55.00** | |
| **General Foreman** | | **$57.50** | |
| **Superintendent** | | **$60.00** | |
| Plus Fringe Benefits: | | | |
| **Working Dues Check-Off** (Deduct) | | **$(2.41)** | (1st 40 Hours Per Week) |
| * Credit Union (Deduct) | | $(1.00) | |
| * **401(a) Plan** | | **$1.98** | |
| **Health and Welfare** | | **$10.50** | |
| ** SASMI | | $2.21 | |
| **Local Pension** | | **$7.80** | |
| National Pension Fund | | $6.49 | |
| **Local Education Fund** | | **$1.05** | |
| ITI | $0.12 | | |
| Scholarship Fund | $0.01 | | |
| Asbestos Fund | $0.02 | | |
| NEMI | $0.03 | $0.18 | |
| E A P | | $0.15 | |
| Labor Trust | | $0.06 | |
| Industry Funds (Local $0.25 & SMACNA $0.13) | | $0.38 | |
| **Total Package** | | **$80.80** | |

* Credit Union Savings Plan and 401(a) contributions are remitted twice monthly as follows:
(Payroll Period between the 3rd and the 18th - Due 25th of month)
(Payroll Period between the 19th and the 2nd - Due 10th of month)

** **Effective April 1, 2024, the new SASMI contribution rate = Base Wage + 401(a) Annuity + Health & Welfare x 3%. However, the SASMI contribution rate as of March 31, 2024 will remain in effect and frozen until the new calculated amount exceeds the rate as of March 31, 2024. At that point, the new calculated amount will take precedence.**

Credit Union remit to : GESB Federal Credit Union, 6450 Ameriplex Dr., Portage, IN 46368 ($1.00/hr After Taxes).

401(a) remit to: Local 20 Health & Welfare Fund, 2828 E. 45th St., P.O.Box 55287, Indianapolis, IN 46205

FRINGE BENEFITS ARE DUE ON THE TWENTIETH OF EACH MONTH.

Please note all increases to the wages and benefits are in **bold** type.

# GARY AREA
## PREAPPRENTICE & APPRENTICE WAGE & FRINGE RATES - JULY 1, 2024 -JUNE 30, 2025
*(Journeyman Scale - $50.00)*

| | Preapprentice<br>*40% of Jrnymn Scale* | After One Year as Preapprentice<br>*40% of Jrnymn Scale + $0.75* | After 18 Months as Preapprentice<br>*40% of Jrnymn Scale + $0.75* |
|---|---|---|---|
| **Base Wage** | **$20.00** | **$20.75** | **$20.75** |
| **Working Dues Check Off** (Deduct) | | | |
| (1st 40 Hours Per Week) | **(0.60)** | **(0.61)** | **(0.64)** |
| Credit Union (Deduct) | (0.50) | (0.50) | (0.50) |
| **Health & Welfare** | **10.50** | **10.50** | **10.50** |
| **Local Education** | **1.05** | **1.05** | **1.05** |
| E.A.P. | 0.15 | 0.15 | 0.15 |
| *** ITI (.12), Asbestos (.02), NEMIC (.03) | 0.17 | 0.17 | 0.17 |
| ** National Pension | 0.32 | 0.32 | 0.32 |
| * **Local Pension** | | | **2.60** |
| **Total Package** | **$32.19** | **$32.94** | **$35.54** |

| | 1st Year 1st Half | 1st Year 2nd Half | 2nd Year 1st Half | 2nd Year 2nd Half | 3rd Year 1st & 2nd Half | 4th Year 1st Half | 4th Year 2nd Half | 5th Year 1st Half | 5th Year 2nd Half |
|---|---|---|---|---|---|---|---|---|---|
| Apprentice % | *45%* | *50%* | *55%* | *60%* | *65%* | *70%* | *75%* | *80%* | *85%* |
| **Base Wage** | **$22.50** | **$25.00** | **$27.50** | **$30.00** | **$32.50** | **$35.00** | **$37.50** | **$40.00** | **$42.50** |
| **Working Dues Check Off** (Deduct) | | | | | | | | | |
| (1st 40 Hours Per Week) | **(1.05)** | **(1.10)** | **(1.15)** | **(1.20)** | **(1.25)** | **(1.30)** | **(1.35)** | **(1.40)** | **(1.45)** |
| Credit Union (Deduct) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) |
| **401 (a) Plan** | **1.88** | **1.88** | **1.88** | **1.88** | **1.88** | **1.88** | **1.88** | **1.88** | **1.88** |
| **Health & Welfare** | **10.50** | **10.50** | **10.50** | **10.50** | **10.50** | **10.50** | **10.50** | **10.50** | **10.50** |
| **** SASMI 3% | 1.31 | 1.39 | 1.47 | 1.55 | 1.63 | 1.72 | 1.80 | 1.88 | 1.96 |
| **Local Pension** | **7.80** | **7.80** | **7.80** | **7.80** | **7.80** | **7.80** | **7.80** | **7.80** | **7.80** |
| National Pension | 2.92 | 3.25 | 3.57 | 3.89 | 4.22 | 4.54 | 4.87 | 5.19 | 5.52 |
| **Local Education** | **1.05** | **1.05** | **1.05** | **1.05** | **1.05** | **1.05** | **1.05** | **1.05** | **1.05** |
| ITI (.12), Scholarship (.01), Asbestos (.02), NEMIC (.03) | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 |
| E.A.P. | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 |
| Labor Trust | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 |
| Industry Funds (Local $0.25 and SMACNA $0.13) | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 |
| **Total Package** | **$48.73** | **$51.64** | **$54.54** | **$57.44** | **$60.35** | **$63.26** | **$66.17** | **$69.07** | **$71.98** |

* The Employer agrees to pay the amount of 1/3 the current Local Pension after 18 months of continuous service.

** National Pension will be paid on Preapprentices at a rate of 5% of Journeyman's NPF rate after 90 days.

*** The Employer agrees to pay the amount of ITI ($.12), Asbestos ($.02) and NEMIC ($.03) for preapprentices.

**** **Effective April 1, 2024, the new SASMI contribution rate = Base Wage + 401(a) Annuity + Health & Welfare x 3%. However, the SASMI contribution rate as of March 31, 2024 will remain in effect and frozen until the new calculated amount exceeds the rate as of March 31, 2024. At that point, the new calculated amount will take precedence.**

Please note all changes to the wages and fringe benefits are in **bold** type.

International Association of Sheet Metal, Air, Rail and Transportation Workers

2828 East 45th Street
Indianapolis, Indiana 46205

P. O. Box 20530
Indianapolis, Indiana 46220-0530

SHEET METAL | AIR | RAIL | TRANSPORTATION
SMART
LOCAL UNION NO. 20

Phone: 317-549-6013
Fax: 317-549-6018
www.smw20.com

## *GARY AREA*
## *APPLICANTS*
## *WAGE & FRINGE BENEFIT RATES - JULY 1, 2024- JUNE 30, 2025*

***(Journeyman Scale - $50.00)***

| | *70%* | *75%* | *80%* | *85%* | *90%* | *95%* |
|---|---|---|---|---|---|---|
| **Base Wage** | **$35.00** | **$37.50** | **$40.00** | **$42.50** | **$45.00** | **$47.50** |
| **Working Dues Ck-Off** (Deduct) | | | | | | |
| (1st 40 Hours Per Week) | **(2.00)** | **(2.07)** | **(2.14)** | **(2.21)** | **(2.27)** | **(2.34)** |
| Credit Union (Deduct) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) |
| **401 (a) Plan** | **1.98** | **1.98** | **1.98** | **1.98** | **1.98** | **1.98** |
| **Health & Welfare** | **10.50** | **10.50** | **10.50** | **10.50** | **10.50** | **10.50** |
| * SASMI | 2.13 | 2.13 | 2.13 | 2.13 | 2.13 | 2.13 |
| **Local Pension** | **7.80** | **7.80** | **7.80** | **7.80** | **7.80** | **7.80** |
| National Pension | 6.49 | 6.49 | 6.49 | 6.49 | 6.49 | 6.49 |
| **Local Education Fund** | **1.05** | **1.05** | **1.05** | **1.05** | **1.05** | **1.05** |
| ITI (.12), Scholarship (.01), Asbestos (.02), NEMI (.03) | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 |
| E.A.P. | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 |
| Labor Trust | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 |
| Industry Funds (Local $0.25 and SMACNA $0.13) | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 |
| **Total Package** | **$65.72** | **$68.22** | **$70.72** | **$73.22** | **$75.72** | **$78.22** |

* SASMI is figured at 3% of the top level (95%) for ALL applicants.

*** Effective April 1, 2024, the new SASMI contribution rate = Base Wage + 401(a) Annuity + Health & Welfare x 3%. However, the SASMI contribution rate as of March 31, 2024 will remain in effect and frozen until the new calculated amount exceeds the rate as of March 31, 2024. At that point, the new calculated amount will take precedence.**

Please note all changes to the wages and benefits are in **bold** type.

International Association of Sheet Metal, Air, Rail and Transportation Workers

2828 East 45th Street
Indianapolis, Indiana 46205

P. O. Box 20530
Indianapolis, Indiana 46220-0530

SHEET METAL | AIR | RAIL | TRANSPORTATION
SMART
LOCAL UNION NO. 20

Phone: 317-549-6013
Fax: 317-549-6018
www.smw20.com

**Service Addendum Wage and Fringe Benefit Package**
**Effective 7/01/24 thru 06/30/25**

**Journeyman Rate $ 50.00**

| | Service Repairman (45% of Jmn) | Service Technician ($5 less than Jmn) |
|---|---|---|
| **Base Wage** | **$ 22.50** | **$ 45.00** |
| **Working Dues Check-Off** (Deduct) (1st 40 Hours Per Week) | **($0.94)** | **($2.27)** |
| **401 (a)** | **$ -** | **$ 1.88** |
| **Health & Welfare** | **$ 10.50** | **$ 10.50** |
| * SASMI | $ 1.15 | $ 2.05 |
| **Local Pension** | **$ -** | **$ 7.80** |
| National Pension | $ 6.49 | $ 6.49 |
| **Local Education (JATC)** | **$ 1.05** | **$ 1.05** |
| Industry Funds | $ 0.38 | $ 0.38 |
| ITI (.12), Scholarship (.01), Asbestos (.02), NEMIC (.03) | $ 0.18 | $ 0.18 |
| E A P | $ 0.15 | $ 0.15 |
| Labor Trust | $ 0.06 | $ 0.06 |
| **TOTAL PACKAGE** | **$ 42.46** | **$ 75.54** |

*** Effective April 1, 2024, the new SASMI contribution rate = Base Wage + 401(a) Annuity + Health & Welfare x 3%. However, the SASMI contribution rate as of March 31, 2024 will remain in effect and frozen until the new calculated amount exceeds the rate as of March 31, 2024. At that point, the new calculated amount will take precedence.**

Wages and fringe benefits shall be paid in accordance with Addendum VIII, Ref: Article VIII, Section 13 of Local 20 Gary Area Collective Bargaining Agreement currently in force.

Please note all changes to the wages and fringes are in **bold** type.

SMART Local 20, Gary Area

## Residential Addendum Wage and Fringe Benefits

Effective July 1, 2024 through June 30, 2025

| | Residential Pre | 1st year 1st half | 1st year 2nd half | 2nd year 1st half | 2nd year 2nd half | Journeyman* | |
|---|---|---|---|---|---|---|---|
| **Journeyman Rate** | **$ 50.00** | | | | | | |
| | *35%* | *40%* | *45%* | *50%* | *55%* | *60%* | |
| **Base Wage** | **$17.50** | **$20.00** | **$22.50** | **$25.00** | **$27.50** | **$30.00** | |
| **Working Dues Check-Off** (Deduct) (1st 40 Hours Per Week) | **($0.71)** | **($0.84)** | **($0.89)** | **($0.93)** | **($0.98)** | **($1.06)** | |
| **Health & Welfare** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | |
| **401 (a)** | --- | --- | --- | --- | --- | **$1.88** | * |
| *** SASMI | --- | $1.00 | $1.07 | $1.14 | $1.21 | $1.32 | * |
| **Local Pension** | --- | --- | --- | --- | --- | --- | * |
| National Pension | --- | $3.78 | $3.78 | $3.78 | $3.78 | $3.78 | * |
| **Local Education** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | |
| Industry Funds | --- | $0.38 | $0.38 | $0.38 | $0.38 | $0.38 | |
| ** ITI ($.12), Scholarship ($.01), Asbestos ($.02), NEMIC ($.03) | **$0.17 | $0.18 | $0.18 | $0.18 | $0.18 | $0.18 | |
| E A P | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | |
| Labor Trust | --- | $0.06 | $0.06 | $0.06 | $0.06 | $0.06 | |
| **Total Package** | **$29.37** | **$37.10** | **$39.67** | **$42.24** | **$44.81** | **$49.30** | |

* Building trades journeymen working for residential rates shall receive the same benefits as on the journeyman wage sheet.

Wages and fringe benefits shall be paid in accordance with Addendum VIII, Ref: Article VIII, Section 13 of Local 20 Gary Area Collective Bargaining Agreement currently in force.

** The employer agrees to pay the amount to ITI ($.12), Asbestos ($.02) and NEMI ( $.03) for all residential preapprentices.

*** **Effective April 1, 2024, the new SASMI contribution rate = Base Wage + 401(a) Annuity + Health & Welfare x 3%. However, the SASMI contribution rate as of March 31, 2024 will remain in effect and frozen until the new calculated amount exceeds the rate as of March 31, 2024. At that point, the new calculated amount will take precedence.**

Please note all changes to the wages and fringe benefits are in **bold** type.

# SMART Local Union No. 20
## INDUSTRIAL ADDENDUM Wage & Benefit Package (Gary Area)
*Effective July 1, 2024 -June 30, 2025*

### CLASS A

| Wage & Benefits | Starting | AFTER 6 MO | AFTER 12 MO | AFTER 18 MO | AFTER 24 MO | AFTER 36 MO | AFTER 72 MO |
|---|---|---|---|---|---|---|---|
| Base Wage | $18.07 | $18.77 | $19.47 | $20.17 | $20.87 | $20.06 | $19.36 |
| **Health & Welfare** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | **$10.50** |
| National Pension | $1.69 | $1.69 | $1.69 | $1.69 | $1.69 | $1.69 | $1.69 |
| **Local Pension**** | ---- | ---- | ---- | ---- | ---- | **$2.60** | **$5.20** |
| **Local Education Fund** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | **$1.05** |
| iTi ($ .12), Asbestos ($.02) NEMIC ( $.03) | $0.17 | $0.17 | $0.17 | $0.17 | $0.17 | $0.17 | $0.17 |
| Local Industry | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 |
| BCRC | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 |
| **401(a) *** | **$0.89** | **$0.89** | **$0.89** | **$0.89** | **$0.89** | **$0.89** | **$0.89** |
| SASMI II (3% Gross, Class A, 72MO for ALL) | $0.58 | $0.58 | $0.58 | $0.58 | $0.58 | $0.58 | $0.58 |
| **TOTAL PACKAGE** | **$33.25** | **$33.95** | **$34.65** | **$35.35** | **$36.05** | **$37.84** | **$39.74** |
| *Working Dues Check-Off (Deduct)**** | *$0.78* | *$0.79* | *$0.80* | *$0.81* | *$0.83* | *$0.86* | *$0.89* |
| *Credit Union (Deduct) * ($0.50 Minimum)* | *$0.50* | *$0.50* | *$0.50* | *$0.50* | *$0.50* | *$0.50* | *$0.50* |

### CLASS B

| Wage & Benefits | Starting | AFTER 6 MO | AFTER 12 MO | AFTER 18 MO | AFTER 24 MO | AFTER 36 MO | AFTER 72 MO |
|---|---|---|---|---|---|---|---|
| Base Wage | $16.57 | $17.27 | $17.97 | $18.67 | $19.37 | $18.56 | $17.86 |
| **Health & Welfare** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | **$10.50** |
| National Pension | $1.69 | $1.69 | $1.69 | $1.69 | $1.69 | $1.69 | $1.69 |
| **Local Pension**** | ---- | ---- | ---- | ---- | ---- | **$2.60** | **$5.20** |
| **Local Education Fund** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | **$1.05** |
| iTi ($ .12), Asbestos ($.02) NEMIC ( $.03) | $0.17 | $0.17 | $0.17 | $0.17 | $0.17 | $0.17 | $0.17 |
| Local Industry | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 |
| BCRC | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 |
| **401(a) *** | **$0.89** | **$0.89** | **$0.89** | **$0.89** | **$0.89** | **$0.89** | **$0.89** |
| SASMI II (3% Gross, Class A, 72/MO for ALL) | $0.58 | $0.58 | $0.58 | $0.58 | $0.58 | $0.58 | $0.58 |
| **TOTAL PACKAGE** | **$31.75** | **$32.45** | **$33.15** | **$33.85** | **$34.55** | **$36.34** | **$38.24** |
| *Working Dues Check-Off (Deduct)**** | *$0.75* | *$0.76* | *$0.77* | *$0.79* | *$0.80* | *$0.83* | *$0.86* |
| *Credit Union (Deduct) * ($0.50 Minimum)* | *$0.50* | *$0.50* | *$0.50* | *$0.50* | *$0.50* | *$0.50* | *$0.50* |

### CLASS C

| Wage & Benefits | Starting | AFTER 6 MO | AFTER 12 MO | AFTER 18 MO | AFTER 24 MO | AFTER 36 MO | AFTER 72 MO |
|---|---|---|---|---|---|---|---|
| Base Wage | $14.07 | $14.57 | $15.07 | $15.57 | $16.07 | $15.26 | $14.56 |
| **Health & Welfare** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | **$10.50** | **$10.50** |
| National Pension | $1.69 | $1.69 | $1.69 | $1.69 | $1.69 | $1.69 | $1.69 |
| **Local Pension**** | ---- | ---- | ---- | ---- | ---- | **$2.60** | **$5.20** |
| **Local Education Fund** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | **$1.05** | **$1.05** |
| iTi ($ .12), Asbestos ($.02) NEMIC ( $.03) | $0.17 | $0.17 | $0.17 | $0.17 | $0.17 | $0.17 | $0.17 |
| Local Industry | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 |
| BCRC | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 |
| **401(a) *** | **$0.89** | **$0.89** | **$0.89** | **$0.89** | **$0.89** | **$0.89** | **$0.89** |
| SASMI II (3% Gross, Class A, 72/MO for ALL) | $0.58 | $0.58 | $0.58 | $0.58 | $0.58 | $0.58 | $0.58 |
| **TOTAL PACKAGE** | **$29.25** | **$29.75** | **$30.25** | **$30.75** | **$31.25** | **$33.04** | **$34.94** |
| *Working Dues Check-Off (Deduct)**** | *$0.71* | *$0.72* | *$0.72* | *$0.73* | *$0.74* | *$0.77* | *$0.81* |
| *Credit Union (Deduct) * ($0.50 Minimum)* | *$0.50* | *$0.50* | *$0.50* | *$0.50* | *$0.50* | *$0.50* | *$0.50* |

* Paid twice/month (Payroll Periods between the 3rd and the 18th – Due 25th of month)
(Payroll Periods between the 19th and the 2nd – Due 10th of month)

** Effective July 1, 2020, all Industrial Workers with 36 months of service shall receive 1/3 the current local pension contribution.
Effective July 1, 2020, all Industrial Workers with 72 months of service shall receive 2/3 the current local pension contribution.

*** Effective July 1, 2021, the working assessment is calculated on the first forty (40) hours per week.

Please note all increases to the wages and fringes are in **bold** type.

International Association of Sheet Metal, Air, Rail and Transportation Workers

2828 East 45th Street
Indianapolis, Indiana 46205

P. O. Box 20530
Indianapolis, Indiana 46220-0530

SHEET METAL | AIR | RAIL | TRANSPORTATION
SMART
LOCAL UNION NO. 20

Phone: 317-549-6013
Fax: 317-549-6018
www.smw20.com

TO: Local 20, Gary Area Members and Contractors

FROM: Kreg Homoky & Jesse Rippe, Business Representatives

DATE: July 1, 2025

RE: Journeyman Wage and Fringe Benefits Package Effective 7/1/2025

**SMART LOCAL NO. 20 GARY AREA**
**WAGE & FRINGE BENEFIT PACKAGE**
**7/1/2025 Through 6/30/2026**

| | | | | |
|---|---|---|---|---|
| | **Base Wage** | | **$53.02** | |
| | **Foreman** | | **$58.32** | |
| | **General Foreman** | | **$60.97** | |
| | **Superintendent** | | **$63.62** | |
| | Plus Fringe Benefits: | | | |
| | **Working Dues Check-Off** (Deduct) | | **$(2.52)** | (1st 40 Hours Per Week) |
| * | Credit Union (Deduct) | | $(1.00) | |
| * | **401(a) Plan** | | **$2.00** | |
| | **Health and Welfare** | | **$10.70** | |
| ** | SASMI | | $2.21 | |
| | **Local Pension** | | **$7.93** | |
| | **National Pension Fund** | | **$6.62** | |
| | Local Education Fund | | $1.05 | |
| | ITI | $0.12 | | |
| | Scholarship Fund | $0.01 | | |
| | Asbestos Fund | $0.02 | | |
| | NEMI | $0.03 | $0.18 | |
| | E A P | | $0.15 | |
| | Labor Trust | | $0.06 | |
| *** | **Industry Funds** | | | |
| | **(Local $0.29 & SMACNA $0.16)** | | **$0.45** | |
| | **Total Package** | | **$84.37** | |

* Credit Union Savings Plan and 401(a) contributions are remitted twice monthly as follows:
(Payroll Period between the 3rd and the 18th - Due 25th of month)
(Payroll Period between the 19th and the 2nd - Due 10th of month)

** Effective April 1, 2024, the new SASMI contribution rate = Base Wage + 401(a) Annuity + Health & Welfare x 3%. However, the SASMI contribution rate as of March 31, 2024 will remain in effect and frozen until the new calculated amount exceeds the rate as of March 31, 2024. At that point, the new calculated amount will take precedence.

*** **Effective July 1, 2025, the contractor agrees to pay the $0.07 increase to the Industry Funds. This increase is above and beyond the $3.50 contractual increase.**

Credit Union remit to : GESB Federal Credit Union, 6450 Ameriplex Dr., Portage, IN 46368 ($1.00/hr After Taxes).

401(a) remit to: Local 20 Health & Welfare Fund, 2828 E. 45th St., P.O.Box 55287, Indianapolis, IN 46205

FRINGE BENEFITS ARE DUE ON THE TWENTIETH OF EACH MONTH.

Please note all increases to the wages and benefits are in **bold** type.

# GARY AREA

## *PREAPPRENTICE & APPRENTICE WAGE & FRINGE RATES - JULY 1, 2025 -JUNE 30, 2026*

***(Journeyman Scale - $53.02)***

| | Preapprentice<br>*40% of Jrnymn Scale* | After One Year as Preapprentice<br>*40% of Jrnymn Scale + $0.75* | After 18 Months as Preapprentice<br>*40% of Jrnymn Scale + $0.75* |
|---|---|---|---|
| **Base Wage** | **$21.21** | **$21.96** | **$21.96** |
| **Working Dues Check Off** (Deduct) | | | |
| (1st 40 Hours Per Week) | **(0.62)** | **(0.63)** | **(0.66)** |
| Credit Union (Deduct) | (0.50) | (0.50) | (0.50) |
| **Health & Welfare** | **10.70** | **10.70** | **10.70** |
| Local Education | 1.05 | 1.05 | 1.05 |
| E.A.P. | 0.15 | 0.15 | 0.15 |
| *** ITI (.12), Asbestos (.02), NEMIC (.03) | 0.17 | 0.17 | 0.17 |
| ** **National Pension** | **0.33** | **0.33** | **0.33** |
| * **Local Pension** | | | **2.64** |
| **Total Package** | **$33.61** | **$34.36** | **$37.00** |

| | 1st Year 1st Half | 1st Year 2nd Half | 2nd Year 1st Half | 2nd Year 2nd Half | 3rd Year 1st & 2nd Half | 4th Year 1st Half | 4th Year 2nd Half | 5th Year 1st Half | 5th Year 2nd Half |
|---|---|---|---|---|---|---|---|---|---|
| Apprentice % | *45%* | *50%* | *55%* | *60%* | *65%* | *70%* | *75%* | *80%* | *85%* |
| **Base Wage** | **$23.86** | **$26.51** | **$29.16** | **$31.81** | **$34.46** | **$37.11** | **$39.77** | **$42.42** | **$45.07** |
| **Working Dues Check Off** (Deduct) | | | | | | | | | |
| (1st 40 Hours Per Week) | **(1.08)** | **(1.14)** | **(1.19)** | **(1.25)** | **(1.30)** | **(1.35)** | **(1.41)** | **(1.46)** | **(1.51)** |
| Credit Union (Deduct) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) |
| **401 (a) Plan** | **1.90** | **1.90** | **1.90** | **1.90** | **1.90** | **1.90** | **1.90** | **1.90** | **1.90** |
| **Health & Welfare** | **10.70** | **10.70** | **10.70** | **10.70** | **10.70** | **10.70** | **10.70** | **10.70** | **10.70** |
| **** SASMI 3% | 1.31 | 1.39 | 1.47 | 1.55 | 1.63 | 1.72 | 1.80 | 1.88 | 1.96 |
| **Local Pension** | **7.93** | **7.93** | **7.93** | **7.93** | **7.93** | **7.93** | **7.93** | **7.93** | **7.93** |
| **National Pension** | **2.98** | **3.31** | **3.64** | **3.97** | **4.30** | **4.63** | **4.97** | **5.30** | **5.63** |
| Local Education | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 |
| ITI (.12), Scholarship (.01), Asbestos (.02), NEMIC (.03) | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 |
| E.A.P. | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 |
| Labor Trust | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 |
| ***** **Industry Funds** | **0.45** | **0.45** | **0.45** | **0.45** | **0.45** | **0.45** | **0.45** | **0.45** | **0.45** |
| **(Local $0.29 and SMACNA $0.16)** | | | | | | | | | |
| **Total Package** | **$50.57** | **$53.63** | **$56.69** | **$59.75** | **$62.81** | **$65.88** | **$68.96** | **$72.02** | **$75.08** |

* The Employer agrees to pay the amount of 1/3 the current Local Pension after 18 months of continuous service.

** National Pension will be paid on Preapprentices at a rate of 5% of Journeyman's NPF rate after 90 days.

*** The Employer agrees to pay the amount of ITI ($.12), Asbestos ($.02) and NEMIC ($.03) for preapprentices.

**** Effective April 1, 2024, the new SASMI contribution rate = Base Wage + 401(a) Annuity + Health & Welfare x 3%. However, the SASMI contribution rate as of March 31, 2024 will remain in effect and frozen until the new calculated amount exceeds the rate as of March 31, 2024. At that point, the new calculated amount will take precedence.

***** **Effective July 1, 2025, the contractor agrees to pay the $0.07 increase to the Industry Funds. This increase is above and beyond the $3.50 journeyman contractual increase.**

Please note all changes to the wages and fringe benefits are in **bold** type.

International Association of Sheet Metal, Air, Rail and Transportation Workers

2828 East 45th Street
Indianapolis, Indiana 46205

P. O. Box 20530
Indianapolis, Indiana 46220-0530

SHEET METAL | AIR | RAIL | TRANSPORTATION

SMART

LOCAL UNION NO. 20

Phone: 317-549-6013
Fax: 317-549-6018
www.smw20.com

## *GARY AREA*
## *APPLICANTS*
## *WAGE & FRINGE BENEFIT RATES - JULY 1, 2025- JUNE 30, 2026*

***(Journeyman Scale - $53.02)***

| | *70%* | *75%* | *80%* | *85%* | *90%* | *95%* |
|---|---|---|---|---|---|---|
| **Base Wage** | **$37.11** | **$39.77** | **$42.42** | **$45.07** | **$47.72** | **$50.37** |
| **Working Dues Ck-Off** (Deduct) | | | | | | |
| (1st 40 Hours Per Week) | **(2.08)** | **(2.15)** | **(2.23)** | **(2.30)** | **(2.37)** | **(2.45)** |
| Credit Union (Deduct) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) | (1.00) |
| **401 (a) Plan** | **2.00** | **2.00** | **2.00** | **2.00** | **2.00** | **2.00** |
| **Health & Welfare** | **10.70** | **10.70** | **10.70** | **10.70** | **10.70** | **10.70** |
| * SASMI | 2.13 | 2.13 | 2.13 | 2.13 | 2.13 | 2.13 |
| **Local Pension** | **7.93** | **7.93** | **7.93** | **7.93** | **7.93** | **7.93** |
| **National Pension** | **6.62** | **6.62** | **6.62** | **6.62** | **6.62** | **6.62** |
| Local Education Fund | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 |
| ITI (.12), Scholarship (.01), Asbestos (.02), NEMI (.03) | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 |
| E.A.P. | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 |
| Labor Trust | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 |
| ** **Industry Funds (Local $0.29 and SMACNA $0.16)** | **0.45** | **0.45** | **0.45** | **0.45** | **0.45** | **0.45** |
| **Total Package** | **$68.38** | **$71.04** | **$73.69** | **$76.34** | **$78.99** | **$81.64** |

* SASMI is figured at 3% of the top level (95%) for ALL applicants.

* Effective April 1, 2024, the new SASMI contribution rate = Base Wage + 401(a) Annuity + Health & Welfare x 3%. However, the SASMI contribution rate as of March 31, 2024 will remain in effect and frozen until the new calculated amount exceeds the rate as of March 31, 2024. At that point, the new calculated amount will take precedence.

** **Effective July 1, 2025, the contractor agrees to pay the $0.07 increase to the Industry Funds. This increase is above and beyond the $3.50 journeyman contractual increase.**

Please note all changes to the wages and benefits are in **bold** type.

International Association of Sheet Metal, Air, Rail and Transportation Workers

2828 East 45th Street
Indianapolis, Indiana 46205

P. O. Box 20530
Indianapolis, Indiana 46220-0530

SHEET METAL | AIR | RAIL | TRANSPORTATION

SMART

LOCAL UNION NO. 20

Phone: 317-549-6013
Fax: 317-549-6018
www.smw20.com

## Service Addendum Wage and Fringe Benefit Package
**Effective 7/01/25 thru 06/30/26**

**Journeyman Rate $ 53.02**

| | Service Repairman (45% of Jmn) | Service Technician ($5 less than Jmn) |
|---|---|---|
| **Base Wage** | **$ 23.86** | **$ 48.02** |
| **Working Dues Check-Off** (Deduct) (1st 40 Hours Per Week) | **($0.97)** | **($2.38)** |
| **401 (a)** | **$ -** | **$ 1.90** |
| **Health & Welfare** | **$ 10.70** | **$ 10.70** |
| * SASMI | $ 1.15 | $ 2.05 |
| **Local Pension** | **$ -** | **$ 7.93** |
| **National Pension** | **$ 6.62** | **$ 6.62** |
| Local Education (JATC) | $ 1.05 | $ 1.05 |
| ** **Industry Funds** | **$ 0.45** | **$ 0.45** |
| ITI (.12), Scholarship (.01), Asbestos (.02), NEMIC (.03) | $ 0.18 | $ 0.18 |
| E A P | $ 0.15 | $ 0.15 |
| Labor Trust | $ 0.06 | $ 0.06 |
| **TOTAL PACKAGE** | **$ 44.22** | **$ 79.11** |

* Effective April 1, 2024, the new SASMI contribution rate = Base Wage + 401(a) Annuity + Health & Welfare x 3%. However, the SASMI contribution rate as of March 31, 2024 will remain in effect and frozen until the new calculated amount exceeds the rate as of March 31, 2024. At that point, the new calculated amount will take precedence.

** **Effective July 1, 2025, the contractor agrees to pay the $0.07 increase to the Industry Funds. This increase is above and beyond the $3.50 journeyman contractual increase.**

Wages and fringe benefits shall be paid in accordance with Addendum VIII, Ref: Article VIII, Section 13 of Local 20 Gary Area Collective Bargaining Agreement currently in force.

Please note all changes to the wages and fringes are in **bold** type.

EXHIBIT 1

SMART Local 20, Gary Area

## Residential Addendum Wage and Fringe Benefits

**Effective July 1, 2025 through June 30, 2026**

**Journeyman Rate** $ 53.02

| | | Residential Pre | 1st year 1st half | 1st year 2nd half | 2nd year 1st half | 2nd year 2nd half | Journeyman* | |
|---|---|---|---|---|---|---|---|---|
| | | *35%* | *40%* | *45%* | *50%* | *55%* | *60%* | |
| | **Base Wage** | **$18.56** | **$21.21** | **$23.86** | **$26.51** | **$29.16** | **$31.81** | |
| | **Working Dues Check-Off** (Deduct) (1st 40 Hours Per Week) | **($0.74)** | **($0.88)** | **($0.92)** | **($0.97)** | **($1.02)** | **($1.10)** | |
| | **Health & Welfare** | **$10.70** | **$10.70** | **$10.70** | **$10.70** | **$10.70** | **$10.70** | |
| | **401 (a)** | --- | --- | --- | --- | --- | **$1.90** | * |
| *** | **SASMI** | --- | $1.00 | $1.07 | $1.14 | $1.21 | **$1.33** | * |
| | **Local Pension** | --- | --- | --- | --- | --- | --- | * |
| | **National Pension** | --- | **$3.86** | **$3.86** | **$3.86** | **$3.86** | **$3.86** | * |
| | Local Education | $1.05 | $1.05 | $1.05 | $1.05 | $1.05 | $1.05 | |
| **** | **Industry Funds** | --- | **$0.45** | **$0.45** | **$0.45** | **$0.45** | **$0.45** | |
| ** | ITI ($.12), Scholarship ($.01), Asbestos ($.02), NEMIC ($.03) | **$0.17 | $0.18 | $0.18 | $0.18 | $0.18 | $0.18 | |
| | E A P | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 | |
| | Labor Trust | --- | $0.06 | $0.06 | $0.06 | $0.06 | $0.06 | |
| | **Total Package** | **$30.63** | **$38.66** | **$41.38** | **$44.10** | **$46.82** | **$51.49** | |

* Building trades journeymen working for residential rates shall receive the same benefits as on the journeyman wage sheet.

Wages and fringe benefits shall be paid in accordance with Addendum VIII, Ref: Article VIII, Section 13 of Local 20 Gary Area Collective Bargaining Agreement currently in force.

** The employer agrees to pay the amount to ITI ($.12), Asbestos ($.02) and NEMI ( $.03) for all residential preapprentices.

*** Effective April 1, 2024, the new SASMI contribution rate = Base Wage + 401(a) Annuity + Health & Welfare x 3%. However, the SASMI contribution rate as of March 31, 2024 will remain in effect and frozen until the new calculated amount exceeds the rate as of March 31, 2024. At that point, the new calculated amount will take precedence.

**** **Effective July 1, 2025, the contractor agrees to pay the $0.07 increase to the Industry Funds. This increase is above and beyond the $3.50 journeyman contractual increase.**

Please note all changes to the wages and fringe benefits are in **bold** type.

International Association of Sheet Metal, Air, Rail and Transportation Workers

2828 East 45th Street
Indianapolis, Indiana 46205

P. O. Box 20530
Indianapolis, Indiana 46220-0530

SHEET METAL | AIR | RAIL | TRANSPORTATION
SMART
LOCAL UNION NO. 20

Phone: 317-549-6013
Fax: 317-549-6018
www.smw20.com

TO: Local 20, Gary Area Members and Contractors

FROM: Kreg Homoky & Jesse Rippe, Business Representatives

DATE: July 1, 2026

RE: Journeyman Wage and Fringe Benefits Package Effective 07/1/2026

**SMART LOCAL NO. 20 GARY AREA**
**WAGE & FRINGE BENEFIT PACKAGE**
**07/1/2026 Through 6/30/2027**

| | | |
|---|---|---|
| * **Base Wage** - **$56.31 Plus $1.70 moved from 401(a) Plan** | | **$58.01** |
| **Foreman** | | **$63.81** |
| **General Foreman** | | **$66.71** |
| **Superintendent** | | **$69.61** |
| Plus Fringe Benefits: | | |
| **Working Dues Check-Off (Deduct)** | | **$(2.64) (1st 40 Hours Per Week)** |
| ** Credit Union (Deduct) | | $(1.00) |
| * **DC Pension 401(a) Plan** | | **$0.30** |
| *** **DC Pension 401(k) Plan Elective Deferral (Pre-tax Deduction)** | | |
| **Health and Welfare** | | **$10.85** |
| **** SASMI | | $2.21 |
| Local Pension | | $7.93 |
| National Pension Fund | | $6.62 |
| **Local Education Fund** | | **$1.16** |
| ITI | $0.12 | |
| Scholarship Fund | $0.01 | |
| **Asbestos Fund** | **$0.04** | |
| **NEMI** | **$0.05** | **$0.22** |
| E A P | | $0.15 |
| Labor Trust | | $0.06 |
| Industry Funds (Local $0.29 & SMACNA $0.16) | | $0.45 |
| Total Package | | **$87.96** |

* **Effective July 1, 2026, $1.70 moved from the 401(a) Plan and added to the Journeyman base wage.**

** Credit Union Savings Plan contributions are remitted twice monthly as follows to : GESB Federal Credit Union, 6450 Ameriplex Dr., Portage, IN 46368 ($1.00/hr After Taxes):

(Payroll Period between the 3rd and the 18th - Due 25th of month) (Payroll Period between the 19th and the 2nd - Due 10th of month)

*** **This rate is variable based on individual election and is a pre-tax reduction to wages.**

**** Effective April 1, 2024, the new SASMI contribution rate = Base Wage + 401(a) Annuity + Health & Welfare x 3%. However, the SASMI contribution rate as of March 31, 2024 will remain in effect and frozen until the new calculated amount exceeds the rate as of March 31, 2024. At that point, the new calculated amount will take precedence.

**ALL LOCAL BENEFITS ARE DUE ON THE 15TH OF EACH MONTH.** All National Benefits are due on the 20th of each month.

Please note all changes to the wages and fringe benefits are in **bold** type.

# EXHIBIT 2

| Work Month Ended: | 11/30/2024 | 12/31/2024 | 1/31/2025 | 2/28/2025 | 3/31/2025 | 4/30/2025 | 5/31/2025 | 6/30/2025 | 7/31/2025 | 8/31/2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| SMACNA | | | | | | | | | | |
| APP STIPEND | $ 219.10 | $ 216.16 | $ 254.04 | $ 163.21 | $ 159.54 | $ 149.73 | $ 137.18 | $ 139.71 | $ 150.64 | $ 105.94 |
| EAP | $ 106.02 | $ 104.60 | $ 122.92 | $ 78.97 | $ 77.20 | $ 72.45 | $ 66.38 | $ 67.60 | $ 72.89 | $ 51.26 |
| GENERAL | $ - | $ 0.01 | $ 0.01 | $ - | $ - | $ - | $ - | $ 180.26 | $ 194.37 | $ 136.70 |
| HRA | $ - | $ (0.01) | $ (0.01) | $ - | $ - | $ - | $ - | $ 270.40 | $ 291.56 | $ 205.05 |
| INDUSTRY | $ 268.57 | $ 264.96 | $ 311.40 | $ 200.08 | $ 195.58 | $ 183.54 | $ 168.15 | $ 171.25 | $ 218.67 | $ 153.79 |
| LABOR | $ 35.35 | $ 34.87 | $ 40.97 | $ 26.33 | $ 25.74 | $ 24.15 | $ 22.13 | $ 22.54 | $ 24.30 | $ 17.09 |
| LABOR2 | $ 7.07 | $ 6.98 | $ 8.19 | $ 5.27 | $ 5.15 | $ 4.83 | $ 4.43 | $ 4.51 | $ 4.86 | $ 3.42 |
| LOC PENSION | $ 5,512.57 | $ 5,438.70 | $ 6,392.02 | $ 4,106.70 | $ 4,014.35 | $ 3,767.40 | $ 3,451.50 | $ 3,515.15 | $ 3,853.42 | $ 2,710.08 |
| TRAINING | $ 522.99 | $ 515.98 | $ 606.43 | $ 389.62 | $ 380.85 | $ 357.42 | $ 327.45 | $ 333.49 | $ 359.59 | $ 252.90 |
| WELFARE | $ - | $ - | $ - | $ 0.02 | $ 0.01 | $ - | $ - | $ 4,281.28 | $ 4,713.53 | $ 3,314.98 |
| WORKING DUES | $ 1,519.60 | $ 1,569.27 | $ 1,733.17 | $ 1,280.20 | $ 1,221.65 | $ 1,159.21 | $ 1,060.40 | $ 1,039.92 | $ 1,166.13 | $ 846.72 |
| 401A | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 892.30 | $ 971.86 | $ 683.50 |
| | $ 8,191.27 | $ 8,151.52 | $ 9,469.14 | $ 6,250.40 | $ 6,080.07 | $ 5,718.73 | $ 5,237.62 | $ 10,918.41 | $ 12,021.82 | $ 8,481.43 |
| **Interest Calculation (1.5% per month) - all funds except Local Pension** | | | | | | | | | | |
| Interest Start Date | 1/1/2025 | 2/1/2025 | 3/1/2025 | 4/1/2025 | 5/1/2025 | 6/1/2025 | 7/1/2025 | 8/1/2025 | 9/1/2025 | 10/1/2025 |
| Interest Through Date | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 |
| Interest Owed | $ 843.79 | $ 813.85 | $ 876.98 | $ 578.80 | $ 526.76 | $ 468.32 | $ 401.88 | $ 1,554.68 | $ 1,592.84 | $ 1,038.84 |
| **Interest Calculation (6% per year) - Local Pension only** | | | | | | | | | | |
| Interest Start Date | 1/1/2025 | 2/1/2025 | 3/1/2025 | 4/1/2025 | 5/1/2025 | 6/1/2025 | 7/1/2025 | 8/1/2025 | 9/1/2025 | 10/1/2025 |
| Interest Through Date | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 |
| Interest Owed | $578.82 | $543.87 | $607.24 | $369.60 | $341.22 | $301.39 | $258.86 | $246.06 | $250.47 | $162.60 |

| Work Month Ended: | 9/30/2025 | 10/31/2025 | 10/31/2025 | 10/31/2025 | 11/30/2025 | 11/30/2025 | 11/30/2025 | 12/31/2025 | 12/31/2025 | 1/31/2026 | 2/28/2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SMACNA | | | $ 52.48 | $ 25.28 | | $ 44.80 | $ 21.84 | $ 49.92 | $ 10.06 | $ 53.44 | $ 30.00 |
| APP STIPEND | $ 48.36 | $ 101.68 | | | $ 39.84 | | | | | | |
| EAP | $ 23.40 | $ 49.20 | $ 49.20 | $ 23.70 | $ 19.28 | $ 42.00 | $ 20.48 | $ 46.80 | $ 9.43 | $ 50.10 | $ 30.00 |
| GENERAL | $ 62.40 | $ 131.20 | | | $ 51.40 | | | | | | |
| HRA | $ 93.60 | $ 196.80 | | | $ 77.10 | | | | | | |
| INDUSTRY | $ 70.20 | $ 147.60 | $ 95.12 | $ 45.82 | $ 57.83 | $ 81.20 | $ 39.59 | $ 90.48 | $ 18.23 | $ 96.86 | $ 58.00 |
| LABOR | $ 7.80 | $ 16.40 | $ 19.68 | $ 9.48 | $ 6.43 | $ 16.80 | $ 8.19 | $ 18.72 | $ 3.77 | $ 20.04 | $ 12.00 |
| LABOR2 | $ 1.56 | $ 3.28 | | | $ 1.29 | | | | | | |
| LOC PENSION | $ 1,237.08 | $ 2,601.04 | $ 2,601.04 | $ 1,252.94 | $ 1,019.01 | $ 2,220.40 | $ 1,082.45 | $ 2,474.16 | $ 498.40 | $ 2,648.62 | $ 1,586.00 |
| TRAINING | $ 115.44 | $ 242.72 | $ 364.08 | $ 175.38 | $ 95.09 | $ 310.80 | $ 151.52 | $ 346.32 | $ 69.76 | $ 370.74 | $ 222.00 |
| WELFARE | $ 1,513.20 | $ 3,181.60 | $ 3,509.60 | $ 1,690.60 | $ 1,246.45 | $ 2,996.00 | $ 1,460.55 | $ 3,338.40 | $ 672.50 | $ 3,573.80 | $ 2,140.00 |
| WORKING DUES | $ 371.28 | $ 826.56 | $ 826.56 | $ 376.04 | $ 304.64 | $ 705.60 | $ 324.87 | $ 786.24 | $ 147.27 | $ 806.40 | $ 504.00 |
| 401A | $ 296.40 | $ 656.00 | $ 656.00 | $ 300.20 | $ 244.15 | $ 560.00 | $ 259.35 | $ 624.00 | $ 119.42 | $ 668.00 | $ 400.00 |
| | $ 3,840.72 | $ 8,154.08 | $ 8,173.76 | $ 3,899.44 | $ 3,162.51 | $ 6,977.60 | $ 3,368.84 | $ 7,775.04 | $ 1,548.84 | $ 8,288.00 | $ 4,982.00 |
| **Interest Calculation (1.5% per month) - all funds except Local Pension** | | | | | | | | | | | |
| Interest Start Date | 11/1/2025 | 12/1/2025 | 12/1/2025 | 12/1/2025 | 1/1/2026 | 1/1/2026 | 1/1/2026 | 2/1/2026 | 2/1/2026 | 3/1/2026 | 4/1/2026 |
| Interest Through Date | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 |
| Interest Owed | $ 429.60 | $ 832.96 | $ 835.91 | $ 396.98 | $ 289.37 | $ 642.22 | $ 308.66 | $ 636.11 | $ 126.05 | $ 592.13 | $ 305.64 |
| **Interest Calculation (6% per year) - Local Pension only** | | | | | | | | | | | |
| Interest Start Date | 11/1/2025 | 12/1/2025 | 12/1/2025 | 12/1/2025 | 1/1/2026 | 1/1/2026 | 1/1/2026 | 2/1/2026 | 2/1/2026 | 3/1/2026 | 4/1/2026 |
| Interest Through Date | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 |
| Interest Owed | $68.04 | $130.05 | $130.05 | $62.65 | $45.86 | $99.92 | $48.71 | $98.97 | $19.94 | $92.70 | $47.58 |

| Work Month Ended: | 3/31/2026 | 4/30/2026 | 5/31/2026 | 6/30/2026 | 7/31/2026 | 8/31/2026 | Contributions and Deductions | Liquidated Damages (15%) (Excl. Loc. Pension) | Liquidated Damages (5%) (Loc. Pension) |
|---|---|---|---|---|---|---|---|---|---|
| SMACNA | **$ 46.72** | **$ 33.28** | **$ 30.72** | **$ 59.20** | **$ 56.32** | **$ 55.04** | $ 569.10 | $ 85.37 | |
| APP STIPEND | | | | | | | $ 1,885.13 | $ 282.77 | |
| EAP | **$ 43.80** | **$ 31.20** | **$ 28.80** | **$ 55.50** | **$ 52.80** | **$ 51.60** | $ 1,447.58 | $ 217.14 | |
| GENERAL | | | | | | | $ 756.35 | $ 113.45 | |
| HRA | | | | | | | $ 1,134.49 | $ 170.17 | |
| INDUSTRY | **$ 84.68** | **$ 60.32** | **$ 55.68** | **$ 107.30** | **$ 102.08** | **$ 99.76** | $ 3,446.74 | $ 517.01 | |
| LABOR | **$ 17.52** | **$ 12.48** | **$ 11.52** | **$ 22.20** | **$ 21.12** | **$ 20.64** | $ 518.26 | $ 77.74 | |
| LABOR2 | | | | | | | $ 60.84 | $ 9.13 | |
| LOC PENSION | **$ 2,315.56** | **$ 1,649.44** | **$ 1,522.56** | **$ 2,934.10** | **$ 2,791.36** | **$ 2,727.92** | $ 75,923.97 | | $ 3,796.20 |
| TRAINING | **$ 324.12** | **$ 230.88** | **$ 213.12** | **$ 429.20** | **$ 408.32** | **$ 399.04** | $ 8,515.25 | $ 1,277.29 | |
| WELFARE | **$ 3,124.40** | **$ 2,225.60** | **$ 2,054.40** | **$ 4,014.50** | **$ 3,819.20** | **$ 3,732.40** | $ 56,603.02 | $ 8,490.45 | |
| WORKING DUES | **$ 735.84** | **$ 524.16** | **$ 483.84** | **$ 932.40** | **$ 929.28** | **$ 908.16** | $ 23,089.41 | $ 3,463.41 | |
| 401A | **$ 584.00** | **$ 416.00** | **$ 384.00** | **$ 740.00** | **$ 105.60** | **$ 103.20** | $ 9,663.98 | $ 1,449.60 | |
| | $ 7,276.64 | $ 5,183.36 | $ 4,784.64 | $ 9,294.40 | $ 8,286.08 | $ 8,097.76 | $ 183,614.12 | $ 16,153.52 | $ 3,796.20 |
| **Interest Calculation (1.5% per month) - all funds except Local Pension** | | | | | | | | | |
| Interest Start Date | 5/1/2026 | 6/1/2026 | 7/1/2026 | 8/1/2026 | 9/1/2026 | 10/1/2026 | | | |
| Interest Through Date | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | | | |
| Interest Owed | $ 372.08 | $ 212.04 | $ 146.79 | $ 190.81 | $ 82.42 | $ - | $ 15,096.50 | Interest (excluding Local Pension) | |
| **Interest Calculation (6% per year) - Local Pension only** | | | | | | | | | |
| Interest Start Date | 5/1/2026 | 6/1/2026 | 7/1/2026 | 8/1/2026 | 9/1/2026 | 10/1/2026 | | | |
| Interest Through Date | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | 10/1/2026 | | | |
| Interest Owed | $57.89 | $32.99 | $22.84 | $29.34 | $13.96 | $0.00 | $4,661.62 | Interest (Local Pension) | |

| Contributions & Deductions | | |
|---|---|---|
| Nov. 2024 through August 2026, per reports | $ | 183,614.12 |
| Contributions & Deductions Subtotal | $ | 183,614.12 |
| Less good-faith payment rec'd | $ | (1,000.00) |
| Less surety bond payment rec'd | $ | (46,000.00) |
| Credits Total | $ | (47,000.00) |
| **Contributions & Deductions Balance** | **$** | **136,614.12** |

| Liquidated Damages & Interest | | |
|---|---|---|
| Liquidated Damages (excl. Local Pension) | $ | 16,153.52 |
| Liquidated Damanges (Local Pension) | $ | 3,796.20 |
| **LDs Total** | **$** | **19,949.72** |
| Interest (excl. Loc. Pension) | $ | 15,096.50 |
| Interest (Loc. Pension) | $ | 4,661.62 |
| **Interest Total** | **$** | **19,758.12** |