IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
AT INDIANAPOLIS

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, et al.<br><br>Plaintiffs,<br><br>*v.*<br><br>SAFE-T-INNOVATIONS, LLC d/b/a STI Heating & Air Conditioning,<br><br>Defendant. | CASE NO. 1:26-cv-00109-RLY-MJD |

**DECLARATION OF THOMAS R. KENDALL**

Pursuant to 28 U.S.C. § 1746, I, Thomas R. Kendall, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am an attorney and partner with the law firm Ledbetter Partners LLC. In this capacity, I served as counsel for the Plaintiffs, the Trustees of the Sheet Metal Workers Local No. 20 Welfare and Benefit Fund, Trustees of the Sheet Metal Workers Local Union No. 20 Defined Contribution Pension Fund, and Local Union No. 20 of the International Association of Sheet Metal, Air, Rail and Transportation Workers.

2. I have litigated numerous ERISA and LMRA matters before United States District Courts, as well as other types of civil matters.

3. Attached hereto as Exhibit 1 is a summary of Ledbetter Partners LLC's billing records for this matter. This summary shows that 21.8 hours were expended in this matter between January 9, 2026 and October 6, 2026.

4. Time was billed on this matter by at the rate of $275 per hour for work performed by firm partners, $250 per hour for work performed by firm associates, and $125 per hour for work performed by paralegals. The total attorney's fees charged to Plaintiffs were $5,290.00.

5. In addition, filing fees totaled $405.00.

6. Based on my experience representing clients similar to Plaintiffs, in comparable litigation matters in courts in Indiana, the billed hourly rates are very reasonable.

7. The hours expended were necessary to investigate the Plaintiffs' claims, communicate with clients and related individuals, obtain and review relevant documents, prepare, file, and serve pleadings, and seek default judgment in this matter. Thus, attorney fees of $5,290.00 are reasonable.

8. Pursuant to ERISA § 502(g)(2)(D); 29 U.S.C. § 1132(g)(2)(D), Plaintiffs are entitled to reasonable attorney's fees as this is an action for delinquent employer contributions under ERISA § 515; 29 U.S.C. § 1145.

9. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2026

/s/ Thomas R. Kendall
Thomas R. Kendall

# EXHIBIT 1

| Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 1/9/2026 | 4.5 | (STI) - Review case documents and status of matter. Prepare complaint and arrange for filing. Emails with fund office and TRK regarding same. (work performed 1/9, 1/12 and 1/13) | $ 250.00 | $1,125.00 | Sawyer Lehman |
| 1/12/2026 | 0.2 | (STI Heating) Review and revision to Complaint. | $ 275.00 | $ 55.00 | Thomas Kendall |
| 1/13/2026 | 0.4 | (STI Heating) Exchanged messages with Gary Pension counsel re: joining lawsuit. Direction to SCL for revisions to Complaint. | $ 275.00 | $ 110.00 | Thomas Kendall |
| 1/14/2026 | 1.6 | (STI Heating) Further drafting of complaint; emailed same to co-counsel A. Rosenthal for review. | $ 275.00 | $ 440.00 | Thomas Kendall |
| 1/14/2026 | 0.3 | (STI Heating & Air Conditioning) Assist with preparation of exhibits for complaint. | $ 125.00 | $ 37.50 | Erik Gainer |
| 1/21/2026 | 1.5 | (STI Heating) Review and prepare complaint with exhibits for filing; draft and prepare civil cover sheet; proposed summons and appearances for TRK and SCL for filing; update electronic docket; prepare correspondence and documents for service to defendant. | $ 125.00 | $ 187.50 | Erik Gainer |
| 1/21/2026 | 0.1 | (STI Heating) Arranged Dropbox transfer of files to Pension counsel; status update email to J. Todd. | $ 275.00 | $ 27.50 | Thomas Kendall |
| 1/23/2026 | 0.5 | (STI Heating) Review service information received; prepare service documents for filing; calendar upcoming deadline; update electronic docket. | $ 125.00 | $ 62.50 | Erik Gainer |
| 1/27/2026 | 0.1 | (STI Heating) Attention to email from NPF to employer re: noncompliance with audit. | $ 275.00 | $ 27.50 | Thomas Kendall |
| 2/16/2026 | 0.8 | (STI Heating) Attention to docket; email to J. Todd with update; email to Gary Pension counsel with options for proceeding with MDJ; direction to EAG for motion for clerk's entry of default. | $ 275.00 | $ 220.00 | Thomas Kendall |
| 2/16/2026 | 0.8 | (STI Heating) Review docket; correspondence with TRK; draft and prepare Motion for Clerks Entry of Default with Declaration in Support for attorney review and filing. | $ 125.00 | $ 100.00 | Erik Gainer |
| 2/16/2026 | 0.3 | (STI) - attention to emails from TRK, EAG and fund office regarding employer's failure to respond to lawsuit and default judgment. | $ 250.00 | $ 75.00 | Sawyer Lehman |
| 2/17/2026 | 0.1 | (STI Heating) Revisions to Motion for Clerk's Entry of Default; related email to Gary Pension counsel requesting review of same. | $ 275.00 | $ 27.50 | Thomas Kendall |
| 2/18/2026 | 0.2 | (STI Heating) Finalize Motion for Clerks Entry of Default with Declaration in Support for filing; update electronic docket. | $ 125.00 | $ 25.00 | Erik Gainer |
| 2/20/2026 | 2.3 | (STI) Began drafting Motion for Default Judgment. | $ 275.00 | $ 632.50 | Thomas Kendall |
| 2/26/2026 | 0.1 | (STI) Review filing received; update electronic docket. | $ 125.00 | $ 12.50 | Erik Gainer |
| 3/10/2026 | 0.8 | (STI Heating) Further drafting of Motion for Default Judgment package; related email with co-counsel Alex Rosenthal. | $ 275.00 | $ 220.00 | Thomas Kendall |
| 3/13/2026 | 0.3 | (STI) Further work on Motion for Default Judgment filing package. | $ 275.00 | $ 82.50 | Thomas Kendall |
| 3/18/2026 | 0.2 | (STI Heating) Review delinquency status; prepare demand letter. | $ 125.00 | $ 25.00 | Erik Gainer |
| 3/19/2026 | 0.1 | (STI Heating) Emails with employer's counsel re: call to discuss. | $ 275.00 | $ 27.50 | Thomas Kendall |
| 3/20/2026 | 0.4 | (STI) Conference with employer's counsel T. Miller. | $ 275.00 | $ 110.00 | Thomas Kendall |
| 3/23/2026 | 0.2 | (STI Heating) Retrieved employer's missing work reports; summary review; emailed same to Administrator. | $ 275.00 | $ 55.00 | Thomas Kendall |
| 4/14/2026 | 0.1 | (STI Heating) Reviewed updated summary of amounts owed for unpaid reports. | $ 275.00 | $ 27.50 | Thomas Kendall |
| 4/16/2026 | 0.3 | (STI Heating and Air Conditioning) Email to employer's counsel T. Miller re: amounts owed and proposal for resolution. | $ 275.00 | $ 82.50 | Thomas Kendall |
| 4/27/2026 | 0.1 | (STI Heating) Email to employer's counsel for payment proposal. | $ 275.00 | $ 27.50 | Thomas Kendall |
| 5/14/2026 | 0.8 | (STI) Further preparation of Motion for Default Judgment filing package; related email with co-counsel. | $ 275.00 | $ 220.00 | Thomas Kendall |
| 6/1/2026 | 0.2 | (STI Heating) Further work on motion for default judgment. | $ 275.00 | $ 55.00 | Thomas Kendall |
| 6/19/2026 | 0.2 | (STI Heating) Review delinquency status; prepare demand letter. | $ 125.00 | $ 25.00 | Erik Gainer |
| 8/21/2026 | 0.1 | (STI Heating) Emails re: application of bond proceeds. | $ 275.00 | $ 27.50 | Thomas Kendall |
| 9/10/2026 | 0.2 | (STI Heating & Air) Call with J. Todd, discussing preparation of delinquency worksheet and status of matter. | $ 275.00 | $ 55.00 | Thomas Kendall |
| 9/18/2026 | 0.8 | (STI) Work on exhibit to support Motion for Default Judgment. | $ 275.00 | $ 220.00 | Thomas Kendall |
| 9/21/2026 | 1.3 | (STI Heating) Work on Motion for Default Judgment. | $ 275.00 | $ 357.50 | Thomas Kendall |
| 9/23/2026 | 0.9 | (STI) Participated in telephonic conference with court. | $ 275.00 | $ 247.50 | Thomas Kendall |
| 9/23/2026 | 0.2 | (STI) Attention to work reports for March through August 2026. | $ 275.00 | $ 55.00 | Thomas Kendall |
| 9/23/2026 | 0.1 | (STI) Review filing received; update electronic docket; calendar upcoming deadline. | $ 125.00 | $ 12.50 | Erik Gainer |
| 9/25/2026 | 0.2 | (STI) Emails with Gary Pension counsel and employer's counsel re: proposal for consent judgment. | $ 275.00 | $ 55.00 | Thomas Kendall |
| 9/30/2026 | 0.1 | (STI) Follow up email to J. Todd re: updated worksheet. | $ 275.00 | $ 27.50 | Thomas Kendall |
| 10/2/2026 | 0.3 | (STI) Attention to updated delinquency worksheet; updated interest and LDs calculations; emailed same to T. Miller. | $ 275.00 | $ 82.50 | Thomas Kendall |
| 10/6/2026 | 0.1 | (STI) Follow up to attorney T. Miller re: proposal for consent judgment. | $ 275.00 | $ 27.50 | Thomas Kendall |
| | 21.8 | | | $5,290.00 | |