IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
AT INDIANAPOLIS

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, et al.<br><br>Plaintiffs,<br><br>*v.*<br><br>SAFE-T-INNOVATIONS, LLC d/b/a STI Heating & Air Conditioning,<br><br>Defendant. | CASE NO. 1:26-cv-00109-RLY-MJD |

**DECLARATION OF ALEXANDER I. ROSENTHAL**

Pursuant to 28 U.S.C. § 1746, I, Alexander I. Rosenthal, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am an attorney and partner with the law firm Asher, Gittler & D'Alba, Ltd. In this capacity, I served as counsel for the Plaintiff, the Trustees of the Sheet Metal Workers Local No. 20 Gary Area Pension Fund.

2. I have litigated ERISA matters before United States District Courts, as well as other types of civil matters. As part of my duties as a partner of the firm, I oversee a team of attorneys engaged in litigation for collection of delinquent employer contributions pursuant to ERISA.

3. Attached hereto as Exhibit 1 is a summary of my firm's billing records for this matter. This summary shows that 5 hours were expended in this matter between January 12, 2026 and March 20, 2026.

4. Time was billed on this matter by at the rate of $330 per hour for work performed by firm partners. The total attorney's fees charged to Plaintiff were $1,732.50.

5. Based on my experience representing clients similar to Plaintiffs, in comparable litigation matters in courts in this District, the billed hourly rates are very reasonable.

6. The hours expended were necessary to investigate the Plaintiffs' claims, communicate with clients and related individuals, obtain and review relevant documents, prepare, file, and serve pleadings, and seek default judgment in this matter. Thus, attorney fees of $1,732.50 are reasonable.

7. Pursuant to ERISA § 502(g)(2)(D); 29 U.S.C. § 1132(g)(2)(D), Plaintiffs are entitled to reasonable attorney's fees as this is an action for delinquent employer contributions under ERISA § 515; 29 U.S.C. § 1145.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 17, 2026

Alexander I. Rosenthal

**Asher, Gittler & D'Alba, Ltd**
200 W. Jackson Blvd
Suite 720
Chicago, IL 60606
312-263-1500

# INVOICE

**Date:**04/22/2026
**Invoice #:** 48202
**Matter:** General matters
**File #:** 20PEN-GEN

**Bill To:**
Sheet Metal Workers Local 20-Gary Area Pension Fund
TIC International - Tonya Wibert

**Professional Services:**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/12/2026 | AIR | STI - review of notes from last meeting, emailing to Trustees, Emailing to Tom | 0.75 | $330.00 | $247.50 |
| 01/12/2026 | AIR | STI - emailing with Trustees | 0.75 | $330.00 | $247.50 |
| 01/13/2026 | AIR | Call and email with Tom re: STI lawsuit | 0.50 | $330.00 | $165.00 |
| 01/20/2026 | AIR | STI Litigation - review of lawsuit and email to Tom | 1.25 | $330.00 | $412.50 |
| 02/15/2026 | AIR | STI - Email from Tom Kendall, research, followup with Matt and Kate | 0.50 | $330.00 | $165.00 |
| 02/17/2026 | AIR | STI - review of documents for filing, response | 0.75 | $330.00 | $247.50 |
| 03/02/2026 | AIR | STI - Emailing to Tom Kendal re: opposing counsel | 0.25 | $330.00 | $82.50 |

| | | | | | |
|---|---|---|---|---|---|
| 03/10/2026 | AIR | STI heating - emailing with Tom | 0.25 | $330.00 | $82.50 |
| 03/20/2026 | AIR | STI - Emailing with Tom | 0.25 | $330.00 | $82.50 |

| | |
|---|---|
| **Current Amount Due:** | |
| **Payments received** | |
| **Balance Due** | **$0.00** |



If you have any questions, please contact the billing department:

EXHIBIT "1"