IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
AT INDIANAPOLIS

TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, et al.

Plaintiffs,

*v.*

SAFE-T-INNOVATIONS, LLC
d/b/a STI Heating & Air Conditioning,

Defendant.

CASE NO. 1:26-cv-00109-RLY-MJD

**[PROPOSED] ORDER FOR DEFAULT JUDGMENT**

WHEREAS, Plaintiffs, the Trustees of the Sheet Metal Workers Local No. 20 Welfare and Benefit Fund, Trustees of the Sheet Metal Workers Local Union No. 20 Defined Contribution Pension Fund, Trustees of the Sheet Metal Workers Local No. 20 Gary Area Pension Fund, and Local Union No. 20 of the International Association of Sheet Metal, Air, Rail and Transportation Workers, filed their Complaint on January 21, 2026;

WHEREAS, the Clerk of this Court issued an Entry of Default on February 19, 2026;

WHEREAS, the Defendant thereafter appeared by counsel on February 26, 2026, but has not answered the Complaint or otherwise defended the action;

NOW THEREFORE, upon motion of Plaintiffs and for good cause shown, a default judgment is hereby entered against Defendant in accordance with Plaintiffs' Motion for Default Judgment and attachments thereto; and

**IT IS HEREBY ORDERED** that **JUDGMENT IS ENTERED** on behalf of Plaintiffs and against Defendant in the amount of $183,749.46, representing unpaid contributions and

deductions, liquidated damages, interest to date, and attorney's fees and costs.

ENTERED:

BY:

____________________________________

UNITED STATES DISTRICT JUDGE

Dated: ______________________________

Prepared by Counsel for Plaintiffs:

Thomas R. Kendall (IN# 26859-15)
LEDBETTER PARTNERS LLC
5078 Wooster Road, Suite 400
Cincinnati, Ohio 45226
937-619-0900
937-619-0999 (fax)
tkendall@fringebenefitlaw.com

Alexander I. Rosenthal (IN #31790-46)
ASHER, GITTLER & D'ALBA, LTD.
200 West Jackson Blvd., Ste. 720
Chicago, Illinois 60647
(312) 601-9243
(312) 263-1520 (fax)
ar@ulaw.com