UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 DEFINED CONTRIBUTION PENSION FUND, TRUSTEES OF THE SHEET METAL WORKERS LOCAL NO. 20 GARY AREA PENSION FUND, LOCAL UNION NO. 20 OF THE INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:26-cv-00109-RLY-MJD |
| SAFE-T-INNOVATIONS, LLC D/B/A STI HEATING & AIR CONDITIONING, | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

The court SETS this matter for hearing on the Plaintiffs' Motion [18] for Default Judgment for **DECEMBER 17, 2026 at 2:00 p.m.** Parties are ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 349, U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204.

**SO ORDERED** this 19th day of October 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record